UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CHARLES AABERG BROWN,

       Plaintiff,

v.                                                                          Case No.: 8:11-cv-823-T-MAP

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

### **ORDER**

This cause is before the Court for consideration of Defendant's unopposed motion for entry of judgment with remand (doc. 26) pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3), which incorporates the § 405(g) review.[1]  The Plaintiff does not object to the relief requested.  Accordingly, for the reasons stated in the motion, it is

ORDERED:

1.  Defendant's motion for entry of judgment with remand (doc. 26**)** is granted. The case is remanded for further administrative proceedings.

2.  The Clerk is directed to enter judgment for the Plaintiff and administratively close the case.

DONE AND ORDERED at Tampa, Florida on May 2, 2012.

_____

[1] The parties have consented to proceed before me pursuant to 28 U.S.C.§ 636 (c). *See* doc 8.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record